IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

**MICHAEL PHELPS**,

Plaintiff,

v.  Case No. 3:17-cv-199-jdp

NANCY A. BERRYHILL,
ACTING COMMISSIONER OF
SOCIAL SECURITY,

Defendant.

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. See *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, an Administrative Law Judge (ALJ) will evaluate the opinion of Catherine Bard, Psy.D.; further evaluate the claimant's mental impairments, and in doing so, obtain evidence from a medical expert to clarify the nature, severity, and

functional limitations of the claimant's mental impairments with and without substance abuse; further assess the claimant's residual functional capacity; further evaluate the medical opinion evidence; and if warranted, obtain supplemental vocational expert evidence.

SO ORDERED this 14TH day of AUGUST, 2017.

_____
Honorable James D. Peterson
Chief District Judge