IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL PHELPS,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

        Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-199-jdp

---

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff Michael Phelps attorney fees and costs in the amount of $4,275.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.

| s/ K. Frederickson, Deputy Clerk | 9/20/2017 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |